UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JORGE CAÑUELAS-VARGAS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 05-1565 (JAF)

(Criminal No. 03-293)

**O R D E R**

Petitioner, Jorge Cañuelas-Vargas, requests a certificate of appealability from this court to appeal our dismissal on October 26, 2005, of his 28 U.S.C. § 2255 petition. See 28 U.S.C. § 2253(c)(2) (1996).

A certificate of appealability may be granted only upon a substantial showing of the denial of a constitutional right. 28 U.S.C. §§ 2253(c)(2) and (3) (1996). Upon reviewing the record, we find Petitioner's claim entirely insubstantial for the reasons stated in our Opinion and Order of October 26, 2005, Docket Document No. 7. Accordingly, we **DENY** Petitioner's request for a certificate of appealability, Docket Document No. 15.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 12th day of July, 2006.

                                          S/José Antonio Fusté
                                          JOSE ANTONIO FUSTE
                                        Chief U. S. District Judge